# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | CV F   05 709 AWI NEW (DLB) P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO AMEND<br>and<br>INFORMING PLAINTIFF HE MAY FILE HIS AMENDED COMPLAINT |
| VAZQUEZ, et. al., | (Doc. #20) |
| Defendants. | |

Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 2, 2005. On June 20, 2005, Plaintiff filed a Motion to Amend the Complaint to include a claim of denial of access to the courts. The Court disregarded that Motion on June 23, 2005, informing Plaintiff that he did not need permission to file an Amended Complaint once as that was his right. The Court also informed him that events occurring after the initiation of this lawsuit were necessarily unexhausted and would be dismissed from the action. Despite this information, Plaintiff filed another Motion to Amend on

1

1  October 12, 2005.  On November 4, 2005, Plaintiff filed the identical motion previously
2  submitted on October 12, 2005.  The Court issued an Order disregarding both these Motions to
3  Amend on November 9, 2007, again informing Plaintiff of the rule and also that his repeated
4  filing of such motions was improper.

5      On February 20, 2007, Plaintiff submitted yet another Motion to Amend.  To date,
6  however, Plaintiff has not filed an Amended Complaint. Thus, again, his Motion is improper. As
7  noted above, Plaintiff has been informed of the rule regarding motions to amend on numerous
8  occasions and has also been informed that the repeated filing of duplicative motions is improper.
9  Despite this, Plaintiff continues to file Motions to Amend yet he has never filed an Amended
10  Complaint.

11      Plaintiff is informed he may file his Amended Complaint without an order from this
12  court.  Plaintiff should file his Amended Complaint as soon as possible.

13      Because his motion to Amend is unnecessary it is DENIED.  Accordingly, the Court
14  HEREBY ORDERS:

15      1.   The Motion to Amend the Complaint filed on February 16, 2007 is DENIED as
16          unnecessary.
17      2.   Plaintiff may file his Amended Complaint.

19      IT IS SO ORDERED.

20      Dated:   **February 21, 2007**            **/s/ Dennis L. Beck**
    3b142a                                    UNITED STATES MAGISTRATE JUDGE