UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:05-cv-00709-LJO-NEW-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 25) |
| vs. | **ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER** (Docs. 19 & 21) |
| VAZQUEZ, et al., | |
| Defendants. | |

    Harold Walker ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 21, 2007, Magistrate Judge Dennis L. Beck filed Fidings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 21, 2007, are ADOPTED IN FULL; and,

2. Plaintiff's Motions for Temporary Restraining Order, filed February 13, 2007 and February 16, 2007, are DENIED.

IT IS SO ORDERED.

**Dated:   April 13, 2007**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE