UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>VAZQUEZ, et al.,<br><br>    Defendants.    / | 1:05 cv 00709 LJO NEW DLB P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 27)<br><br>**ORDER DENYING MOTION FOR COURT ORDER GRANTING ACCESS TO COURT AND LAW LIBRARY** (Doc. 22) |

  Harold Walker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On February 27, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On March 9, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 27, 2007, are ADOPTED IN FULL; and,

2. Plaintiff's Motion for a court order requiring prison officials provide him with law library access, filed February 20, 2007, is DENIED.

IT IS SO ORDERED.

**Dated:    May 4, 2007**                              /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE