UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:05-cv-00709-LJO NEW (DLB) P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 31) |
| vs. | **ORDER DENYING MOTION FOR RESTRAINING ORDER** (Doc. 30) |
| VAZQUEZ, et al., | |
|     Defendants. | |

Plaintiff, Harold Walker ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 12, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendation, filed April 12, 2007,
8 are ADOPTED IN FULL; and,
9   2.  Plaintiff's motion for restraining order requiring
10 prison officials provide him with law library access, filed
11 February 20, 2007, is DENIED.
12 IT IS SO ORDERED.
13 **Dated:   June 5, 2007**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE