**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD WALKER,<br><br>             Plaintiff,<br>   vs.<br>H. BRYANT, et al.,<br><br>             Defendants.<br>_____ / | 1:05-cv-00709-GSA-PC<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS HUTCHINSON, MIRANDA, HAGEA, SALGADO, SANDOVAL, AND WELCH, AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |

      Plaintiff Harold Walker ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 2, 2005. (Doc. 1.) On June 16, 2005, plaintiff consented to Magistrate Judge jurisdiction in accordance with 28 U.S.C. § 636(c)(1). (Doc. 4.) The case now proceeds on the amended complaint filed on February 28, 2007. (Doc. 28.) The amended complaint names Director of C.D.C.R. James Tilton, Warden P. L. Vazquez, John Doe 1 (Chief Deputy Warden), John Doe 2 (Associate Warden), CDW J. Haviland, Captain D. Gibson, Chief Disciplinary Officer S. Trevino, Lieutenant ("Lt.") Hutchinson, Lt. T. Berry, Lt. J. Jeter; Sergeant ("Sgt.") M. Miranda, Sgt. T. Miller, Sgt. R. Guillermo, Sgt. Fuhlrodt, John Doe 3 (Sgt.), Correctional Officer ("C/O") R. Hagea, C/O A. Salgado, C/O A. Sandoval, C/O E. Welch, C/O S. Perez, C/O K. Grimes, C/O D. Kelley, C/O Z. Medina, and Registered Nurse M. Medina as defendants and alleges claims for use of excessive force and denial of adequate medical care in violation of the Eighth Amendment.

      On October 15, 2008, the Court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants Lieutenant Hutchinson, Sergeant M. Miranda, C/O R. Hagea, C/O A. Salgado, C/O A. Sandoval, and

1  C/O E. Welch only, for use of excessive force in violation of the Eighth Amendment.  (Doc. 39.)
2  Plaintiff was ordered to either file a second amended complaint or notify the court of his willingness to
3  proceed with the claims found cognizable by the Court.  Id.  On November 3, 2008, Plaintiff filed
4  written notice to the court that he does not wish to file a second amended complaint and is willing to
5  proceed on the claims found cognizable by the Court.  (Docs. 41, 42.)
6        Based on the foregoing, IT IS HEREBY ORDERED that:
7      1.    This action PROCEEDS only against defendants Lt. Hutchinson, Sgt. M. Miranda, C/O R. Hagea, C/O A. Salgado, C/O A. Sandoval, and C/O E. Welch, for use of excessive force in violation of the Eighth Amendment;
10     2.    All remaining claims and defendants are DISMISSED from this action;
11     3.    Plaintiff's claim for inadequate medical care under the Eighth Amendment is DISMISSED from this action based on plaintiff's failure to state a claim upon which relief may be granted under section 1983;
14     4.    Plaintiff's supervisory liability claims against defendants Director of C.D.C.R. James Tilton, Warden P. L. Vazquez, John Doe 1 (Chief Deputy Warden), John Doe 2 (Associate Warden), Lieutenant Hutchinson, and Lieutenant T. Berry are DISMISSED for failure to state a claim upon which relief may be granted against them under section 1983;
19     5.    Plaintiff's claims against defendants CDW Haviland, Captain D. Gibson, Chief Disciplinary Officer S. Trevino, Lieutenant J. Jeter, Sergeant T. Miller, Sergeant Fuhlrodt, John Doe 3 (Sergeant) and C/O S. Perez are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them;
24     6.    Plaintiff's claims against defendants Sergeant R. Guillermo, C/O K. Grimes, C/O Z. Medina, Registered Nurse Medina, and C/O D. Kelley are DISMISSED for plaintiff's violation of Rule 18(a); and
27     7.    The Clerk of Court is DIRECTED to reflect dismissal of defendants CDW Haviland, Captain D. Gibson, Director of C.D.C.R. James Tilton, Chief Disciplinary Officer S.

2

1 | Trevino, Lieutenant J. Jeter, Sergeant T. Miller, Sergeant Fuhlrodt, John Doe 3
2 | (Sergeant),  Warden P. L. Vazquez, John Doe 1 (Chief Deputy Warden), John Doe 2
3 | (Associate Warden), Lieutenant T. Berry, Sergeant R. Guillermo, C/O K. Grimes, C/O
4 | Z. Medina, Registered Nurse Medina, C/O D. Kelley,  and C/O S. Perez as needed on the
5 | court's docket.

IT IS SO ORDERED.

**Dated:   November 10, 2008**             **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE