1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:05-cv-00709-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING |
| v. | SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN |
| JAMES TILTON, et al., | THIRTY DAYS |
| Defendants. | (Doc. 28.) |

14    Plaintiff Harold Walker ("plaintiff") is a state prisoner proceeding pro se and in forma

15  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June

16  2, 2005.  (Doc. 1.)  Plaintiff consented to jurisdiction by U.S. Magistrate Judge on June 16, 2005.

17  (Doc. 4.)  On February 28, 2007, plaintiff filed an amended complaint.  (Doc. 28.)  On October 15,

18  2008, the Court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found

19  that it states cognizable claims for relief under section 1983 against defendants Lieutenant

20  Hutchinson, Sergeant M. Miranda, Correctional Officer ("C/O") R. Hagea, C/O A. Salgado, C/O A.

21  Sandoval, and C/O E. Welch only, for use of excessive physical force in violation of the Eighth

22  Amendment, based on the events that occurred on May 12, 2005.[1]  (Doc. 39.)  Plaintiff was ordered

23

24      [1] In a Findings and Recommendations issued concurrently with this order, the court recommended that

25  plaintiff's Eighth Amendment medical care claim; supervisory liability claim against defendants Director of
C.D.C.R. James Tilton, Warden P. L. Vazquez, John Doe 1 (Chief Deputy Warden), John Doe 2 (Associate

26  Warden), Lieutenant Hutchinson, and Lieutenant Berry; and claims against defendants CDW Haviland, Captain
Gibson, Chief Disciplinary Officer Trevino, Lieutenant Jeter, Sergeant Miller, Sergeant Fuhlrodt, Sergeant John

27  Doe, and C/O Perez be dismissed from this action based on plaintiff's failure to state a claim upon which relief may
be granted under § 1983.  The Findings and Recommendations also recommended dismissal of claims against

28  defendants Sergeant Guillermo, C/O Grimes, C/O Medina, Registered Nurse Medina, and C/O Kelley for plaintiff's
violation of Rule 18(a).

1  to either file a second amended complaint or notify the court of his willingness to proceed with the

2  claims found cognizable by the Court.  Id.  On November 3, 2008, Plaintiff filed written notice to

3  the court that he does not wish to file a second amended complaint and is willing to proceed on the

4  claims found cognizable by the Court. (Docs. 41, 42.) Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema

5  N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004);

6  Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d

7  1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

8      1.    Service is appropriate for the following defendants:

9          LT. HUTCHINSON

10          SGT. M. MIRANDA

11          C/O R. HAGEA

12          C/O A. SALGADO

13          C/O A. SANDOVAL

14          C/O E. WELCH

15      2.    The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6)

16          summonses, a Notice of Submission of Documents form, an instruction sheet and a

17          copy of the amended complaint filed February 28, 2007 (Doc. 28.);

18      3.    Within **thirty (30) days** from the date of service of this order, plaintiff shall complete

19          the attached Notice of Submission of Documents and submit the completed Notice

20          to the court with the following documents:

21          a.    Completed summonses;

22          b.    One completed USM-285 form for each defendant listed above; and

23          c.    Seven (7) copies of the endorsed amended complaint filed February 28, 2007.

24      4.    Plaintiff need not attempt service on defendants and need not request waiver of

25          service.  Upon receipt of the above-described documents, the court will direct the

26          United States Marshal to serve the above-named defendants pursuant to Federal Rule

27          of Civil Procedure 4 without payment of costs.

28  ///

1    5.    Plaintiff's failure to comply with this order will result in a recommendation that this

2          action be dismissed.

3

4    IT IS SO ORDERED.

5    **Dated:    November 10, 2008**                    _/s/ **Gary S. Austin**_
                                                       UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28