IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:05-cv-00709-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING |
| vs. | |
| VAZQUEZ, et al., | (DOCUMENT #55) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff, Harold Walker ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2009, defendants Sandoval and Welch ("defendants") filed a motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty (30) days from the date of service of this order in which to file a responsive pleading, in response to plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated: **February 12, 2009**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE