IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:05-cv-00709-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 63.) |
| vs. | |
| VASQUEZ, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF (Docs. 42, 43, 49, 52, 57.) |
| Defendants. | |

Harold Walker ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 23, 2009, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunctive relief, filed on November 3, 2008, November 7, 2008, December 22, 2008, January 20, 2009, and March 3, 2009, be denied. (Docs. 42, 43, 49, 52, 57.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty (30) days. More than forty-five (45) days have passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 23, 2009, are ADOPTED in full; and

2. Plaintiff's motions for preliminary injunctive relief, filed on November 3, 2008, November 7, 2008, December 22, 2008, January 20, 2009, and March 3, 2009, are DENIED.

IT IS SO ORDERED.

**Dated: May 18, 2009**　　　　　　　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE